THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. JAMES AUSTIN, Defendant-Appellant.

(No. 57849;

First District (3rd Division)—August 23, 1973.

PER CURIAM.
SCHWARTZ, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Shelvin Singer, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Roger Horwitz, Assistant State's Attorneys, of counsel,) for the People.